<u>SEALED</u>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
December 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____kk_____
　　　　DEPUTY

UNITED STATES OF AMERICA
Plaintiff

v

DANIEL VINCENT ATTRIDGE
Defendant

1:25-CR-537-RP

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

　　The United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, respectfully requests that the Court seal all documents relating to the Indictment of DANIEL VINCENT ATTRIDGE, filed in the above-styled cause. These documents include the Indictment, the Record of Grand Jurors Concurring, the Personal Data Sheet, the Order for Bench Warrant and Setting Amount of Bail, as well as this Motion to Seal the Indictment. As reason for such request, the United States would show the Court that information contained in these documents be sealed so as to safely effect the arrest of the Defendant and avoid a risk of flight.

The United States of America would also request that should this motion be granted that all of the aforementioned documents be unsealed following the Defendant's arrest.

A file-stamped copy shall be issued to the affiant and the government.

                Respectfully submitted,

                Justin R. Simmons
                United States Attorney

By:    /s/ Alan M. Buie
        ALAN M. BUIE
        Assistant United States Attorney
        903 San Jacinto Blvd., Suite 334
        Austin, Texas 78701
        Office  (512) 916-5858
        Fax    (512) 916-5854