<table>
<tr><td>

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

</td><td>

**FILED**
December 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____kk_____
DEPUTY

</td></tr>
</table>

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>v<br><br>**DANIEL VINCENT ATTRIDGE**<br>**Defendant** | **1:25-CR-537-RP** |

### ORDER FOR BENCH WARRANT AND
### SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Austin, Texas Division of this Court, such bail to be taken by any United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| **DANIEL VINCENT ATTRIDGE** | Based upon the request of the U.S. Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

SIGNED at __Austin__, Texas, this __2nd__ day of __December__, 2025.

UNITED STATES MAGISTRATE JUDGE