AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
DEC 04 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
                        DEPUTY

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:25-CR-537-RP |
| DANIEL VINCENT ATTRIDGE | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DANIEL VINCENT ATTRIDGE**
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-5: 18 U.S.C. § 1343 – Wire Fraud

Date:   12/02/2025

_____
Issuing officer's signature

City and state:   Austin, TX

Dustin Howell, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/02/2025 , and the person was arrested on *(date)* 12/04/2025
at *(city and state)* Cedar Park, TX .

Date: 12/04/2025

_____
Arresting officer's signature

Daniel C. Smith FBI Special Agent
*Printed name and title*