UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO: AU:25-CR-00537(1)-RP |
| (1) Daniel Vincent Attridge | § § | |

ORDER ACCEPTING WAIVER OF
PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **18th day of December, 2025.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE