UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § | |
| **Plaintiff,** § § | |
| v. § § | **CRIMINAL NO. A-25-CR-537-RP** |
| **DANIEL VINCENT ATTRIDGE,** § § | |
| **Defendant.** § | |

### GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America gives notice that Assistant United States Attorney Mark Tindall is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Mark Tindall be added to the docket in the instant cause.

    Respectfully submitted,

    JUSTIN R. SIMMONS
    UNITED STATES ATTORNEY

By: _____/s/_____
    MARK TINDALL
    Assistant United States Attorney
    Texas State Bar #24071364
    903 San Jacinto Blvd., Suite 334
    Austin, Texas 78701
    Tel: (512) 916-5858
    Email: mark.tindall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, a true and correct copy of the foregoing instrument was filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to the following CM/ECF participant:

Jeffrey David Parker
Email: attorney@jeffparkerlaw.com
*Attorney for Defendant Daniel Vincent Attridge*

                                                /s/
                                 MARK TINDALL
                                 Assistant United States Attorney