UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DANIEL VINCENT ATTRIDGE, <br><br> Defendant | Cause No. 1:25-CR-00537-RP-1 |

### ORDER ON DEFENDANT OSCAR DWAYNE JONES' UNOPPOSED MOTION FOR CONTINUANCE

Defendant Daniel Vincent Attridge's Motion for Continuance is hereby:

_____   GRANTED

_____   DENIED

Signed in Waco, Texas on this the _____ day of _____, 2026.

_____
Hon. Robert Pitman
United States District Judge