UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

v.                                                    Cause No. 1:25-cr-00537-RP-1

DANIEL VINCENT ATTRIDGE,

      Defendant

**DEFENDANT DANIEL VINCENT ATTRIDGE'S**
**UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE ROBERT PITMAN:

The Defendant in the above styled and numbered cause, Daniel Vincent Attridge, under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing the deadlines in this matter for thirty (30) days. In support of this motion, Daniel Vincent Attridge would show the Court as follows:

1.      The Defendant has the following settings in this case:

    a.    Motions due on or before March 13, 2026;

    b.    Plea Agreement due on or before April 7, 2026; and

    c.    Jury Selection/Trial set for April 27, 2026.

2.      The Defendant will show that there is good cause to justify resetting the current settings in this cause, specifically that the discovery in this matter is voluminous, consisting of financial and banking records that nearly fill a five (5) terabyte hard drive. Counsel has not yet completed a full review of this discovery with the Defendant, and additional time is necessary to determine whether retention of a financial and banking expert is warranted. The current deadlines do not allow sufficient time to complete discovery review, consult with the Defendant, make an

informed determination regarding expert witnesses, and, if necessary, identify, retain, and confer with an appropriate expert prior to trial.

3.      This Motion for Continuance is not made for purposes of delay, but that justice may be done.

4.      Counsel for the Defendant conferred with Assistant United States Attorney Alan M. Buie about this motion on March 6, 2026. The government is not opposed to this motion.

5.      Daniel Vincent Attridge prays that the Court enter an order continuing the current setting of this cause.

Respectfully Submitted,

/s/ Jeffrey D. Parker
Jeffrey D. Parker
LANCE KENNEDY LAW
Texas State Bar Number 24008648
Post Office Box 660
Belton, Texas 76513-0660
Telephone: (254)939-8373
Facsimile: (254)939-7583
Email: attorney@jeffparkerlaw.com

Attorney for Defendant,
Daniel Vincent Attridge

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Assistant United States Attorney and any other required parties.

/s/ Jeffrey D. Parker
Jeffrey D. Parker