UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

v.

Cause No. 1:25-cr-00537-RP-1

DANIEL VINCENT ATTRIDGE,

Defendant

**ORDER ON DEFENDANT DANIEL VINCENT ATTRIDGE'S**
**UNOPPOSED MOTION FOR CONTINUANCE**

Defendant Daniel Vincent Attridge's Motion for Continuance is hereby:

_____    GRANTED

_____    DENIED

Signed on this the _____ day of _____, 2026.

_____
Honorable Robert Pitman
United States District Judge