UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | No.  1:25-CR-00537-RP |
| | § | |
| (1) DANIEL VINCENT | § | |
| ATTRIDGE, | § | |
| *Defendant* | | |

**ORDER**

Before the Court is the U.S. Pretrial Services Office's Petition for Action on Conditions of Pretrial Release, Dkt. 25. The petition alleges that Defendant Daniel Vincent Attridge violated condition 7(m) of the Order Setting Conditions of Release, Dkt. 10, which prohibits Attridge from "us[ing] or unlawfully possess[ing] a narcotic drug or other controlled substance defined in 21 U.S.C § 802, unless prescribed by a licensed medical practitioner." Dkt. 10, at 1. The petition states that Attridge violated this condition in January and February 2026, when he submitted initial urine specimens that yielded positive results cocaine, which he admitted to using after being confronted with the test results. *Id*. Rather than seek an arrest warrant, Pretrial asked that the undersigned summon Attridge to Court to address these violations, which the Court did.

Attridge declined the outpatient drug treatment program offered to him by Pretrial Services. But, at the hearing, his counsel assured the Court that Attridge understands the severity of the consequences he faces if he tests positive for drug use

1

again and that he does not intend to use again while on pretrial release. Based on these assurances, counsel requested that Attridge remain on release on the same terms set out in his Order Setting Conditions of Release. The Court agreed and admonished Attridge in Court regarding the potential consequences he may suffer if he continues to violate the terms of his release.

For all of these reasons, the Court **DENIES** U.S. Pretrial Services Office's Petition for Action on Conditions of Pretrial Release, Dkt. 25, and **ORDERS** that Attridge may remain on release subject to the conditions set out in his Order Setting Conditions of Release, Dkt. 10.

SIGNED March 24, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

2