UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | Cause No. 1:25-CR-00537-RP-1 |
| DANIEL VINCENT ATTRIDGE, | | |
| Defendant | | |

**DEFENDANT DANIEL VINCENT ATTRIDGE'S
SECOND UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE ROBERT PITMAN:

The Defendant in the above styled and numbered cause, Daniel Vincent Attridge, under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing the trial of this matter for a minimum of thirty (30) days. In support of this motion, Daniel Vincent Attridge would show the Court as follows:

I.

The Defendant is set for jury trial on June 22, 2026, at 9:30 a.m. The plea agreement is due on or before June 2, 2026. A docket call is set for June 12, 2026 at 9:00 a.m.

The Defendant will show that good cause exists for continuance of all pending settings in this cause, specifically that:

The discovery in this case is voluminous and includes a substantial volume of electronic financial records. Counsel for the Defendant supplied the Government with a five terabyte hard drive, which was necessary to accommodate the size of the financial data being produced. Defense counsel has been diligently reviewing the discovery materials produced to date and has been working with the Defendant to do the same. Notwithstanding this ongoing diligent review, the sheer volume of the discovery is such that defense counsel has not yet been able to complete his review of the materials with the Defendant or to fully evaluate whether retention of an expert, such as a forensic accountant, will be necessary. Additional time is

required to permit defense counsel and the Defendant to meaningfully review the discovery, complete the necessary case preparation, and determine whether expert assistance will be needed in advance of trial.

The ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

II.

Counsel for the Defendant conferred with Assistant United States Attorney Alan M. Buie about this motion on May 7, 2026. The government is not opposed to this motion.

Daniel Vincent Attridge therefore prays that the Court enter an order continuing the current setting of this cause for no less than thirty, but preferably sixty days.

Respectfully Submitted,

/s/ Jeffrey D. Parker
Jeffrey D. Parker
Texas State Bar Number: 24008648
Post Office Box 660
Belton, Texas 76513-0660
Telephone: (254)939-8373
Facsimile: (254)939-7583
Email: attorney@jeffparkerlaw.com
Attorney for Defendant Daniel Vincent Attridge

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Assistant United States Attorney and any other required parties.

/s/ Jeffrey D. Parker
Jeffrey D. Parker