UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

v.                                                    Cause No. 1:25-CR-00537-RP-1

DANIEL VINCENT ATTRIDGE,

      Defendant

**ORDER ON DEFENDANT DANIEL VINCENT ATTRIDGE'S
<u>SECOND UNOPPOSED MOTION FOR CONTINUANCE</u>**

Defendant Daniel Vincent Attridge's Motion for Continuance is hereby:

_____     GRANTED

_____     DENIED

Signed on this the _____ day of _____, 2026.


_____
Hon. Robert Pitman
United States District Judge