UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00537(1)-RP |
| | § | |
| (1) Daniel Vincent Attridge | § | |

**ORDER**

Before the Court is the defendant's Unopposed Motion to Continue docket call and jury selection and trial  (Clerk's Doc. No. 30).  The defendant was set for docket call on June 12, 2026 and jury selection and trial on  June 22, 2026, but counsel is requesting that the hearings be reset because additional time is needed to prepare. The Government does not oppose the continuance. The Court finds good cause for this extension.  ACCORDINGLY, the docket call is reset to September 4, 2026 at 9:00am and jury selection and trial in this case is reset to September 14, 2026 at 9:30am.  All plea agreements are due on or before August 26, 2026, and motions due on or before July 24, 2026.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by allowing the defendant the additional time in which to prepare for the hearing outweigh the best interest of the public and the Defendant in a speedy trial.  The Court's basis for said finding is that the failure to grant such a continuance in this case would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  Thus, the Court ORDERS that the time from June 22, 2026 and until September 14, 2026, be excluded under the Speedy Trial Act.

SIGNED this 8th day of May, 2026.



_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE