FILED

AUG 06 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

USA                                          §
                                             §
vs.                                          §   Case Number:  AU:25-CR-00537(1)-RP
                                             §
(1) Daniel Vincent Attridge                  §
     *Defendant*

### CONSENT TO ADMINISTRATION OF GUILTY PLEA
### AND FED. R. CRIM. P. 11 ALLOCUTION
### BY UNITED STATES MAGISTRATE JUDGE

I, (1) Daniel Vincent Attridge, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this August 06, 2026.

_____
(1) Daniel Vincent Attridge
*Defendant*

_____
Jeffrey David Parker
*Attorney for Defendant*

_____
Alan M. Buie
*Assistant U.S. Attorney*