UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00537(1)-RP |
| | § | |
| (1) Daniel Vincent Attridge | § | |

# ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **Sentencing** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX , on **Friday, December 11, 2026 at 10:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

Sentencing memorandums and motions are due to the court no later than 72 hours prior to sentencing. Not following this may result in the hearing being reset.

IT IS SO ORDERED this 18th day of September, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE